**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 6033468)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

[Proposed] Counsel for Debtor
Ramanujan Group MOM LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Ramanujan Group MOM LLC<br><br>Debtor. | Case No.: 8:26-bk-10888-SC<br><br>Chapter: 11<br><br>**DEBTOR'S CHAPTER 11 STATUS REPORT**<br><br>**<u>Hearing Information</u>:**<br>Date: August 5, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 5C – Virtual<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND CREDITORS ENTITLED TO NOTICE:**

Ramanujan Group MOM LLC (the "Debtor") submits its chapter 11 status report in connection with the August 5, 2026, status conference. The background information below is the same as the prior report, but an update is provided at the end regarding the expected resolution of this case.

This case is related to Ramanujan Group, LLC. The Debtor was formed to hold title to an outdoor shopping center located on Blackhawk Plaza Circle in Danville, California (the "Property"). The Property was originally acquired by Ramanujan Group, LLC, which then

sold a partial interest to Iron Condor Investments, LLC, and they together held title as tenants in common. In November 2024, the owners of the Property formed Ramanujan Group MOM, LLC, with each holding the same percentage membership interest as their percentage ownership of the Property. While the Debtor held title to the Property, it obtained a secured loan from Nano Banc. That loan went into default, and Nano Banc sued the Debtor and the guarantors and obtained the appointment Douglas Wilson as a rents and profits receiver at the end of February 2026. When Nano Banc sued the Debtor, the Debtor still held title to the Property. However, by the time Nano Banc sought appointment of the receiver, the Debtor had transferred the Property back to Ramanujan Group, LLC, at the request of Preferred Bank, the lender with the first priority lien against the Property. Apparently unaware of the transfer, the order appointing the receiver provides that the Property is part of the Debtor's receivership estate. The Debtor's only known debt is with Nano Banc and its only potential asset is a counterclaim pending against Nano Banc in the Orange County Superior Court. Ramanujan Group, LLC, and the Debtor filed their cases ahead of a foreclosure sale.

In connection with Nano Banc's motion for relief from stay and turnover that is scheduled for a hearing on August 5, 2026, the Debtor, Preferred Bank, and Nano Banc have entered into a stipulation that resolves that motion and which addresses the inconsistency between the receivership order and the ownership of the Property. Upon approval of that stipulation, the parties expect to stipulate to dismiss this bankruptcy case.

Respectfully submitted,

Dated: July 22, 2026

RAINES FELDMAN LITTRELL LLP

By: /s/ Kyra E. Andrassy
Kyra E. Andrassy
Robert S. Marticello
Stephen M. Mott
*Proposed Counsel for Debtor*
*Ramanujan Group MOM LLC*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DEBTORS CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 22, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **David M Poitras** dpoitras@bg.law
- **Todd C. Ringstad** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **July 22, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Nano Banc
7755 Irvine Center Drive, 3rd Floor
Irvine, CA 92618

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 22, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 22, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |